Name Jan Alec Weith
Street Address General Delivery
City and County Fresno
State and Zip Code CA
Telephone Number

FILED
SEP 30 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

(Jan Alec Weith)
Jan Alec Weith
General Delivery
Fresno CA

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Gov Gavin Newsom
Gov of Calif
et al CDCR

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:22-cv-1256-JLT-SKO
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

RECEIVED
SEP 30 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

The last time I was at the Fresno Jail

SHOWER / SINK TOILET

DINNER

TOILET SINK COMBO

BUNKS

INMATE

#1 #2

x 2 = 4 inmate bunks

I was #3 #4 shot at

ASSAULTED by an inmate in the forehead with a [illegible]

I was brought into Fresno Co. Jail ILLEGALLY [illegible]

Falling [illegible] outside cell [illegible] denying cage

[illegible] 2

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name ______
Street Address ______
City and County ______
State and Zip Code ______
Telephone Number ______

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name ______
Job or Title (if known) ______
Street Address ______
City and County ______
State and Zip Code ______
Telephone Number ______

Defendant No. 2

Name ______
Job or Title (if known) ______
Street Address ______
City and County ______
State and Zip Code ______
Telephone Number ______

This is serious, !
Does any Judge of the Eastern District take these violent thugs here at Fresno Police Dept, Fresno Sheriffs dept and the CDCR of the State of California and their employees have destroyed / attempted to destroy through violent acts of conspiracy to kill me! Do you not understand? Are you giving quarter to these thugs? This must stop. I have hospital + Jail Medical records

[illegible]

The Individual Known as JAN ALEG WEITH Was Framed for the Crime(s) Assault w/ a dangerous or Deadly Weapon by San Francisco Police Department & SF District Attorney (as of circa 2018) office held by D.A. George Gascon & Superior Court of Calif. Judge Gerardo Sandoval

This has been nothing short of MURDER in the first degree of a Witness in federal General Assistance Betting ~~2006~~ 1997 to present. I am was a witness to official wrongdoing in People's Criminal I.D. theft resulting in $50,000 loss $600,000 loss by General Assistance Office San Francisco Dept.

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

______________________________________________

______________________________________________

______________________________________________

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. *Or* is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

______________________________________________

______________________________________________

______________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and ~~what each defendant did that~~ caused the plaintiff harm or violated ~~the plaintiff~~'s rights, including the dates and places of that involvement or ~~conduct~~. If more than one claim is asserted, number each claim and write a ~~short~~ and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(Statement of Jan Alexander continued)

California Department of Corrections & Rehabilitation Parole + Rehabilitation including the following employees, Agents, Appointed + Elected Officials & the State of California Immediately cease and Desist any further Parole Actions, including "Supervision" And to end these heinous acts of ASSAULT stalking of former Prisoner Weith Jan (Alex A. AR 8557-0)

Jan — The CDCR along w/ San Francisco Police Department, Federal Bureau of Investigation, SF Sheriff's Dept. Fresno Police Department and others have attempted to murder me Defendant Jan — PLAINTIFF

P. # 3

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __________, 20__.

Signature of Plaintiff ______________________________

Printed Name of Plaintiff ______________________________

IN THE ~~N~~ Eastern DISTRICT of CALIFORNIA
THE U.S. DISTRICT COURT
For the Eastern District of California ~~in the U.S.~~
Victim // WITNESS Statement
Statement // Declaration of plaintiff in proper, prose)
in forma pauperis
to wit:

I AM HEREBY Requesting and make Motion for and EMERGENCY ORDER to protect the Health and Safety and Security of the Plaintiff In this case The plaintiff Jan Alec Weith (age 65) be placed in ~~Federa~~ LIMBO, No Further Action except to prevent, a proactive Restraining order Against Defendants, State of California Dept. of Corrections and Rehabilitation, no longer supervise (parolee) Weith, Jan ~~because~~

[illegible signature]

In the Eastern District of California
The UNITED STATES DISTRICT COURT
located at Tulare Street FRESNO, CALIFORNIA

2022 Statement in Support of or Declaration of Plaintiff/ Victim/Witness in
Weith, Jan Alec
PLAINTIFF VS.

Newsom, Gavin Governor of The State of California et. al.
& does 1-990

Statement / Declaration of Plaintiff Jan Alec Weith
SS# 554-7773
DoB 11/28/1956
Calif. Driver Lic. # N3015380
correct: N3015360
C.D.L. #

X Janalecweith

I do hereby declare under penalty of perjury that the following is true to the best of my knowledge & belief.

2022 Jan

P#1