UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN ALEC WEITH,<br><br>          Plaintiff,<br><br>     v.<br><br>GOVERNOR GAVIN NEWSOM, et al.,<br><br>          Defendants. | Case No.: 1:22-cv-1256 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE, FAILURE TO OBEY COURT ORDERS, AND FAILURE TO COMPLY WITH THE LOCAL RULES<br>(Doc. 5)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |

   Jan Alec Weith, seeking to proceed *in forma pauperis*, initiated this action in which she alleges the defendants are liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. Mail from the Court to Plaintiff has been returned as undeliverable since October 17, 2022.

   The assigned magistrate judge found Plaintiff failed to prosecute the action, failed to obey the Court's orders, and failed to keep the Court informed of a proper mailing address as required by Local Rule 183(b). (Doc. 5 at 2-3.) Therefore, the magistrate judge recommended the action be dismissed with prejudice. (*Id.* at 3.) The Findings and Recommendations were served on Plaintiff on that same date, at the only address on record. However, the Findings and Recommendations were also returned to the Court, marked "Undeliverable, RTS, Attempted – Not Known, Unable to Forward" on February 1, 2023. Plaintiff has not submitted a "Notice of Change of Address" to inform the Court of his proper mailing address, and the Court remains

unable to communicate with Plaintiff at this time.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 24, 2023 (Doc. 5) are **ADOPTED** in full.
2. This action is **DISMISSED** with prejudice.
3. The Clerk of the Court is directed to terminate the remaining motions and to close this case.

IT IS SO ORDERED.

Dated: **February 21, 2023**

UNITED STATES DISTRICT JUDGE

2